IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BAC HOME LOANS SERVICING, L.P.
f/k/a COUNTRYWIDE HOME LOANS
SERVICING, L.P.,

      Plaintiff,

v.                             No. 11-1064

HAROLD G. JONES, BARBARA E. JONES,
EMMA P. BEAGLE and THE UNITED STATES
OF AMERICA,

      Defendants.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION RECOMMENDING
THAT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS HAROLD G. JONES, BARBARA E. JONES AND
EMMA P. BEAGLE BE GRANTED
_____

      Pursuant to an order of reference, the magistrate judge, on February 19, 2013, entered a report and recommendation recommending that Plaintiff's motion for default judgment against Defendants Harold G. Jones, Barbara E. Jones and Emma P. Beagle be granted.  (D.E. 46.)  To date, no objection to the report and recommendation has been filed and the time for such objection has expired.

      Upon review of the report and motion papers, the report and recommendation that the motion for default judgment be granted is hereby ADOPTED in its entirety.

      IT IS SO ORDERED this 14th day of March 2013.

                         s/ J. DANIEL BREEN
                         UNITED STATES DISTRICT JUDGE